# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CINTHIA MIRAMONTES RODRIGUEZ,
a/k/a "Cynthia Rodriguez,"
a/k/a "Cynthia Rodriguez Navarro," and
BRAYAN JOSIAS LOPEZ TORRES

WHO
**CR 19 0711**

FILED
DEC 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

_____
Foreman

Filed in open court this __19__ day of __DECEMBER 2019__

ROSE MAHER
Clerk

NO PROCESS

THOMAS S. HIXSON         Bail, $ _____
UNITED STATES MAGISTRATE JUDGE

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

**FILED**

DEC 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WHO**

**CR 19 0711**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> CINTHIA MIRAMONTES RODRIGUEZ, <br>     a/k/a "Cynthia Rodriguez," <br>     a/k/a "Cynthia Rodriguez Navarro," and <br> BRAYAN JOSIAS LOPEZ TORRES <br>     Defendants. | CASE NO. <br><br> VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl; <br> 21 U.S.C. § 853 – Forfeiture Allegation |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl)

On or about December 17, 2019, in the Northern District of California, the defendants,

CINTHIA MIRAMONTES RODRIGUEZ,
a/k/a "Cynthia Rodriguez,"
a/k/a or "Cynthia Rodriguez Navarro," and

BRAYAN JOSIAS LOPEZ TORRES,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States

INDICTMENT

Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:    (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Count One above, the defendants,

CINTHIA MIRAMONTES RODRIGUEZ,
a/k/a "Cynthia Rodriguez,"
a/k/a or "Cynthia Rodriguez Navarro," and

BRAYAN JOSIAS LOPEZ TORRES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//

INDICTMENT    2

1  All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
2  Procedure 32.2.
3
4  DATED: 19 DECEMBER 2019          A TRUE BILL.
5
6
7                                                                    _____
                                                                     FOREPERSON
                                                                     San Francisco
8
9  DAVID L. ANDERSON
   United States Attorney
10
11 _____
   SAILAJA M. PAIDIPATY
12 Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                    3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case.

WHO
CR 19 0711

| | |
|---|---|
| **CASE NAME:** USA v. Cinthia Miramontes Rodriguez and Brayan Josias Lopez Torres | **CASE NUMBER:** CR |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1    2-7 ✓    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** Sailaja M. Paidipaty | **Date Submitted:** 12/19/2019 |

**Comments:**

CR 19-711 WHO

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment;
Maximum $1,000,000 fine;
Between 3 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION   WHO

**DEFENDANT - U.S**
▶ C... MIRAMO...TE...ODRIG...EZ

DISTRICT COURT NUMBER
CR 19 0711

FILED
DEC 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶_____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-72046

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   SAILAJA M. PAIDIPATY

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes  } If "Yes" give date filed _____
been filed?    ☐ No

DATE OF ARREST ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ _____   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: